```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF TEXAS
          FORT WORTH DIVISION
```

PATRICIA E. MORGAN            §
                              §
VS.                           §    CIVIL ACTION NO.4:07-CV-546-Y
                              §
MICHAEL J. ASTRUE             §
Commissioner of               §
Social Security               §

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On June 2, 2008, the United States magistrate judge issued his proposed findings, conclusions, and recommendation ("findings") in the above-styled and -numbered cause. In his findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration ("the Commissioner") denying the claim for disability insurance benefits of plaintiff Patricia Morgan be reversed and the case remanded for further proceedings consistent with his findings.

The magistrate judge's order gave all parties until June 24 to serve and file with the Court written objections to his proposed findings. The Court has not received any written objections. As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings and conclusions for plain error and has found none.

Therefore, after review, the Court ADOPTS the findings and conclusions of the magistrate judge as the findings and conclusions of this Court, and the Commissioner's decision is REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings consistent with the magistrate judge's findings.

SIGNED July 2, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE